# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MALIBU MEDIA, LLC,

   Plaintiff,

v.                                   Case No: 8:13-cv-3008-T-30MAP

JOHN HOENEMEYER,

   Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice (Dkt. #25).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of July, 2014.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-3008 dismiss 25.docx